UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GREGORIO J. PANGELINAN,<br><br>   Petitioner,<br><br>  v.<br><br>CYNTHIA ENTZEL,<br><br>   Respondent. | Case No.: EDCV 17-01144-FMO (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Dismiss filed by Respondent, the Response to the Motion to Dismiss filed by Petitioner, the records on file, and the Report and Recommendation of the United States Magistrate Judge, and the "Reply" to Respondent's Motion to Dismiss, which the Court interprets as Petitioner's Objections to the Report and Recommendation. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered dismissing this action without prejudice.

Dated: October 18, 2017

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge