JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GREGORIO J. PANGELINAN,<br><br>               Petitioner,<br><br>            v.<br><br>CYNTHIA ENTZEL,<br><br>               Respondent. | Case No.: EDCV 17-01144-FMO (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.


Dated: October 18, 2017


_____/s/_____
FERNANDO M. OLGUIN
United States District Judge